IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-71936-JWC |
| | ) | |
| VALENCIA CHEVILLA JONES, | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS AND
HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

To: All creditors and Chapter 13 Trustee:

_____

**PROPOSED MODIFICATION: The plan is increased to $910.00 semi-monthly.**

_____

**PLEASE TAKE NOTICE** that Debtor has filed and served on you a proposed modification to the confirmed plan in this case. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-three (23) days after the date of service of this proposed Modification, which date of service is **March 7, 2019**; if the twenty-third day after the date of service falls on a week-end or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:**   Clerk, United States Bankruptcy Court
Room 1340, United States Courthouse
Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3367

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must serve a copy on the undersigned at the address stated below and on the Debtor at:

Valencia Chevilla Jones
3981 South River Lane
Ellenwood, GA 30294

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification on **April 9, 2019** at **2:30 p.m.** in Courtroom **1203**, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia.  **If no objection is timely filed, the proposed Modification will be effective pursuant to 11 U.S.C. §1329(b)(2) as a part of the Confirmed Plan without further order or notice.**

This 7th day of March, 2019.

_____/s/_____
A. Allen Hammond
Attorney for the Debtor
Georgia Bar No. 321659

Hammond & Hammond, P.C.
122 South Main Street
Jonesboro, GA 30236
(770) 603-6572
allen@hhdebthelp.com

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I have this day served a true and correct copy of **NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTION AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**, by depositing same in the United States Mail with correct postage addressed to the following:

      All parties on the attached Mailing Matrix.

This 7th day of March, 2019.

                                                    _____/s/_____
                                                    A. Allen Hammond
                                                    Attorney for the Debtor
                                                    Georgia Bar No. 321659

Hammond & Hammond, P.C.
122 South Main Street
Jonesboro, GA 30236
(770) 603-6572
allen@hhdebthelp.com